

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28,  Room 170
Anchorage, Alaska   99513-7568

Memorandum To:  US District Court for the District of Alaska

From:  U.S. Marshals Service

Subject:  **3:01-cr-060 (HRH)** Original Writ of Execution

Date:  March 28, 2007

RECEIVED
MAR 3 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The attached original writ is being returned to your office.  No further action will be take on this writ.  All process has been previously returned to the Clerk of Court.

Linda M. Klemm
Purchasing Agent

DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

ORIGINAL



RECEIVED
MAR 3 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:01-cr-060 (HRH) |
|---|---|
| Plaintiff, | ) |
| vs. | ) WRIT OF EXECUTION ON PERMANENT |
| JENNA LEE ANNISTASIA PARKER, SS#: [REDACTED] DOB: [REDACTED] | ) FUND DIVIDEND |
| Defendant. | ) |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On August 30, 2001, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against JENNA LEE ANNISTASIA PARKER as judgment debtor, for

    $9,063.00 restitution

    $ 100.00 special assessments

    $9,163.00 JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$5.00     late-payment penalties per 18 U.S.C. § 3565(c)(2) and 18 U.S.C. § 3612

$1,417.18 accrued interest

$ 150.00  accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$25.00         which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$10,710.18     ACTUALLY DUE on April 13, 2006, of which $9,063.00 is due on the judgment as entered and bears interest at the rate of 3.43% per annum in the amount of:

$.86           PER DAY, from the date of the request for issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

Writ of Execution on
Permanent Fund Dividend
U.S. vs. JENNA LEE ANNISTASIA PARKER
Case No.: 3:01-cr-060 (HRH)           2

DATED this 25th day of April, 2006 at Anchorage, Alaska.

        IDA ROMACK
        Clerk of Court

By: **REDACTED SIGNATURE**
     Deputy Clerk

Writ of Execution on
Permanent Fund Dividend
U.S. vs. JENNA LEE ANNISTASIA PARKER
Case No.: 3:01-cr-060 (HRH)    3